Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
206 W. 4th St., 3rd Floor
Santa Ana, CA 92701
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Mohamad Essayli*

# IN UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD ESSAYLI,<br><br>       Plaintiff,<br><br>v.<br><br>DIAZ & ASSOCIATES, INC.<br><br>       Defendant. | Case No.: **8:21-cv-01397-CJC-DFM**<br><br>**DECLARATION OF YOUSSEF H. HAMMOUD IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

I, Youssef H. Hammoud, do declare as follows:

1. I am an attorney duly licensed to practice in the State of California. This declaration is based on personal knowledge of the matters set forth herein.
2. I am the lead attorney and attorney of record for Plaintiff Mohamad Essayli in the instant matter.
3. I received my Bachelor of Arts degree from Michigan State University and my J.D./MBA Degrees from the University of Detroit Mercy.
4. While in law school, I was a Law Dean's Scholarship Recipient and was on the Dean's List.
5. I have been licensed to practice in the State of California since October 2018.
6. I am the managing partner of Hammoud Law, P.C.

- 1 -      DECLARATION OF
         YOUSSEF H. HAMMOUD

7. Hammoud Law, P.C. is a consumer advocacy law firm, which has grown to handle cases in different Federal District Courts around the country.

8. I have been the lead attorney on consumer protection cases in Federal District Courts and arbitrations around the country, including but not limited to California, Florida, Michigan, Texas, Alabama, Nevada, and Illinois.

9. In addition, I am Of-Counsel for a nationwide consumer protection law firm, Price Law Group, APC.

10. Price Law Group, APC is regarded as one of the nation's largest consumer protection law firms.

11. In my capacity with Price Law Group, APC I have handled hundreds of consumer protection cases around the country and continue to handle consumer protection cases filed around the country.

12. My law practice primarily focuses on representing consumers under the different consumer protection laws and I have come to be known as a highly qualified consumer advocacy attorney in this District.

13. I have been working in the consumer advocacy field for several years now, including before I was a licensed attorney.

14. Since October 2018, I have secured settlement amounts in excess of five million dollars ($5,000,000.00) for my clients.

15. For the purposes of calculating attorneys' fees in this action, I have determined my reasonable hourly rate for my services in this district at $350/hour.

16. I am admitted in the following Districts/Courts:

    a. United States District Court Central District of California
    b. United States District Court Southern District of California
    c. United States District Court Northern District of California
    d. United States District Court Eastern District of Michigan
    e. United States District Court Northern District of Illinois.
    f. United States District Court Southern District of Illinois.

      g. United States Court of Appeals for the Ninth Circuit

      h. United States Court of Appeals for the Sixth Circuit

17. Attached hereto is a spreadsheet of the hours that I expended on this case and the related tasks.

I swear under penalty of perjury that the forgoing is true and correct

Respectfully submitted this 12th day of November 2021.

HAMMOUD LAW, P.C.

By: /s/ *Youssef H. Hammoud*
Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
206 W. 4th St., 3rd Floor
Santa Ana, CA 92701
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Mohamad Essayli*

| Attorney | Date | Services Rendered | Time | Hourly Rate | Billed |
|---|---|---|---|---|---|
| YHH | 7/30/2021 | Initial Consultation, review of client's documents, pull credit reports and review with client | 3.2 | $350.00 | $1,120.00 |
| YHH | 8/24/21-8/26/21 | Case law research, draft Complaint, and defendant background research | 4.5 | $350.00 | $1,575.00 |
| YHH | 10/12/2021 | Draft Request for Entry of Default and Supporting Documents | 1 | $350.00 | $350.00 |
| YHH | 11/4/21-11/12/21 | Draft Motion for Default Judgment and all supporting documents | 7.3 | $350.00 | $2,555.00 |
| | | | **Total Time** | **Hourly Rate** | **Total Attorneys Fees** |
| | | | 16 | $350.00 | $5,600.00 |

| Description | Amount |
|---|---|
| Filing Fee | $402.00 |
| Service Fee (first attempt in CA - non-service) | $66.19 |
| Service Fee (second attempt - successful) | $75.00 |
| Total Costs | $543.19 |

**Total Fees and Costs**   $6,143.19