**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MOHAMAD ESSAYLI,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**DIAZ & ASSOCIATES, INC.,**<br><br>　　　　Defendant. | Case No.: SACV 21-01397-CJC (DFMx)<br><br>**JUDGMENT** |

　　　In this case, Plaintiff Mohamed Essayli alleges that Defendant Diaz & Associates, Inc. violated the Fair Debt Collection Practices Act and California's Rosenthal Fair Debt Collection Practices Act. (Dkt. 1 [Complaint].) The case came before the Court on Plaintiff's motion for default judgment (Dkt. 18) and accompanying request for attorney fees (Dkt. 20). On November 16, 2021, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that

judgment is entered in favor of Plaintiff and against Defendant. Plaintiff is awarded $1,000 in statutory damages, $5,600 in attorney fees, and $543.19 in costs.

DATED: November 16, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL