JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD ESSAYLI,<br><br>    Plaintiff,<br><br>v.<br><br>DIAZ & ASSOCIATES, INC.,<br><br>    Defendant. | Case No.:  8:21-CV-1397-CJC-DFM<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANT DIAZ & ASSOCIATES, INC.** |

Pursuant to stipulation of the parties, Defendant Diaz & Associates, Inc. is hereby dismissed with prejudice.

IT IS SO ORDERED:

Dated: June 24, 2022

_____
U.S. District Court Judge Cormac J. Carney

- 1 -

ORDER RE STIPULATION TO DISMISS DEFENDANT DIAZ & ASSOCIATES, INC.